# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| TANYA R. CAMPBELL, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) Case No. CIV-10-0165-F ) |
| MICHAEL J. ASTRUE, | ) ) |
| Defendant. | ) |

## ORDER

Plaintiff Tanya R. Campbell brings this action pursuant to 42 U.S.C. §405(g), seeking judicial review of the final decision of the Commissioner of the Social Security Administration denying her application for disability insurance and supplemental income benefits.

Magistrate Judge Gary M. Purcell issued a Report and Recommendation on February 22, 2011 (doc. no. 20), recommending that the Commissioner's decision be reversed and that the matter be remanded to the Commissioner for further administrative proceedings. In his Report, the magistrate judge advised the parties of their right to object to the Report and Recommendation on or before March 14, 2011. He also advised them that failure to make timely objection to the Report waives their right to appellate review of the recommended ruling. Neither party has filed an objection to the Report, and neither party has requested an extension of time within which to file any objection to the Report.

With no objection being filed, and having reviewed the Report, the record, and the relevant arguments and authorities, the court finds that no purpose would be served by setting out any further analysis here and that the Report should be adopted in its entirety.

Accordingly, the court **ACCEPTS**, **AFFIRMS**, and **ADOPTS** the findings and recommendations of Magistrate Judge Purcell as stated in his Report and Recommendation. This matter is hereby **REVERSED** and **REMANDED** for further administrative proceedings consistent with the Report.

Dated this 15th day of March, 2011.

_____
STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

10-0165p002.wpd